FILED

2025 Dec-31  PM 04:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHEVRON U.S.A. INC. AND CHEVRON INTELLECTUAL PROPERTY LLC, | ) ) ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AZIZ OIL COMPANY AND MANSOUR AZIZKHANI    Defendant. | ) ) ) |

**Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

**CIVIL ACTION CASE NUMBER:**

5:25-cv-02231-HNJ

### Summons in a Civil Action

To: (*Defendant's name and address*)

Aziz Oil Company, c/o Mansour Azizkhani, 606 Oakwood Ave, Huntsville, AL 35811

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ____21____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Victor L. Hayslip, Burr & Forman LLP
420 N. 20th Street, Ste. 3400
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 12/31/25

GREER M. LYNCH, CLERK OF COURT

By:

Deputy Clerk

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, AL 35801



RECEIVED

2025 DEC 31 P 2: 27

U.S. DISTRICT COURT
N.D. OF ALABAMA

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I

served this summons together with the complaint as follows:

☐        By personal service on the defendant at


☐        By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.  (Give name and address of person served.)



☐        By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.  (Give name, capacity and

address of person served.)



*I certify under penalty of perjury under the laws of the United States of America that the*
*foregoing is true and correct.*


_____                _____
        *Date*                      *Authorized or Specially Appointed Process Server*


Costs of Service: Service fee:                              $
                  Expenses: _____ miles @ _____ cents    $_____

                                    TOTAL $

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHEVRON U.S.A. INC. AND CHEVRON INTELLECTUAL PROPERTY LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>AZIZ OIL COMPANY AND MANSOUR AZIZKHANI    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Summons**
(Issued pursuant to Rule 4 of
the Federal Rules of Civil
Procedure or other appropriate
law.)

**CIVIL ACTION CASE NUMBER:**

<u>5:25-cv-02231-HNJ</u>

Summons in a Civil Action

To: (*Defendant's name and address*)

Mansour Azizkhani, 606 Oakwood Ave, Huntsville, AL 35811


NOTE: A separate summons must be
        prepared for each defendant.


A lawsuit has been filed against you.

      Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Victor L. Hayslip, Burr & Forman LLP
420 N. 20th Street, Ste. 3400
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 12/31/25

GREER M. LYNCH, CLERK OF COURT

By: *[signature]*

Deputy Clerk

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, AL 35801

RECEIVED

2025 DEC 31  P 2: 28

U.S. DISTRICT COURT
N.D. OF ALABAMA

**<u>RETURN ON SERVICE OF WRIT</u>**

I hereby certify and return that on the _____ day of _____, _____, I

served this summons together with the complaint as follows:

☐         By personal service on the defendant at

      ☐       By serving a person of suitable age and discretion then residing in the defendant's

                usual place of abode. (Give name and address of person served.)

☐         By serving an officer, a managing or general agent, or any other agent authorized

                by appointment or by law to receive service of process of the defendant

                corporation, partnership, or unincorporated association. (Give name, capacity and

                address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____      _____
        *Date*                     *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                   $
                Expenses: _____ miles @ _____ cents    $_____

                                            TOTAL $